EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> José E. Santiago Maldonado | 2025 TSPR 24 <br><br> 215 DPR ___ |

Número del Caso:  TS-18,288


Fecha:  14 de marzo de 2025


Representante legal del peticionario:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José E. Santiago Maldonado     TS-18,288

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de marzo de 2025.

Atendida la *Moción sometiendo certificación de cumplimiento con el PEJC y reiterando solicitud de reinstalación* presentada el 11 de marzo de 2025, se reinstala al Sr. José E. Santiago Maldonado al ejercicio de la abogacía.

Se le apercibe que en el futuro deberá dar estricto cumplimiento con los requerimientos del Programa de Educación Jurídica Continua.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo